# Regular Grievance

Log Number: _____

**Instructions for Filing:**
- You must first attempt to resolve your issue through the informal complaint process prior to filing a *Regular Grievance*.
- You must attach the *Written Complaint* or other documentation used to satisfy the informal complaint process.
- Your grievance must be received within 30 days from the original incident or discovery of the incident, unless a more restrictive time limit applies.
- You must fill your *Regular Grievance* out completely and correctly
- You must explain your issue and how you were personally affected in the space provided, preferably in ink.
- You must avoid the reasons for rejection at intake; if your grievance is rejected you have 5 days to appeal the rejection.
- When multiple issues are submitted on the same grievance, you will only receive a response to the exact same issue addressed through the informal complaint process. All other issues will be forwarded to appropriate staff for investigation and resolution.

Offender Name (Last Name, First): Michael Bartley
Offender Number: 1479133
Housing Assignment: A 440
Individuals Involved in Incident: LT. Horn, SGT Perkins, Unit Manager Collins, Mrs. Smith, Mrs. Harman, SGT. Deel, Dr. Ball, Trent, SGT. Nor(k)l
Date/Time of Incident: 2-16-22  9:30 pm

Results of the Informal Complaint Process (Select one of the below)
- [✓] Written Complaint on this issue attached # KMCC-22-INF. 00494
- [ ] Other documentation used to satisfy the informal complaint process is attached
- [ ] Informal complaint process is not required for this issue

**Explain Your Issue:** (Provide a detailed explanation of the issue, your attempts to resolve the issue and how you were personally affected.)

I AM Epileptic. Bottom bunk medical status on Record. On 2·5·22 I was ordered to move from A 207 Bottom to A 434 Top. My cell Mate, K. Irving is also Epileptic with a bottom bunk Pass. I took the issue to (2·9·22) SGT. Deel who informed me that he was only doing as instructed by his LT. (Horn) on 2·7·2022 I talked to Nurse Harmon, she told me she was aware of my medical need for a bottom bunk yet this was not remedied. On 2·9·22 I again spoke to Security staff · SGT. Perkins; later that day I addressed the issue with Nurse Smith. ° LT. Horn
I spoke to Nurse Harmon on 2·9·22 and in each instance Nothing was done about it.
On 2·15·22 I spoke to Lt Horn And Unit Manager Collins. Both assured me the issue was being addressed, that I would be moved soon. This did not occur.
On 2·16·22 @ 9:30 P.M. Count I was dismounting from the top bunk and
(See Attached A·1)

**Suggested Remedy:** (Identify in the space provided below, the action you want taken)

#1) All parties listed herein terminated from employment per 135.1 standards of conduct.
#2) Compensatory Award of 10,000 Each Defendant jointly and severly.
#3) Punitive Damages of 10,000 Each Defendant, #4) Protection from Retaliation due to this Action, #5) Any additional relief known & unknown which is just and equitable.

Offender Signature: *Michael Bartley*
Date: 3-12-22

Pursuant to 42 U.S.C. 1983 Civil Action

Mental Battery #14/9133
(ATTACHMENT A-1)

17. suffered an epileptic seizure which caused me to black out.
18. As I fell over 5 feet to the floor I struck my head on the
19. cell locker, twisted my hip, and injured my wrist and ankle.
20. The fall also caused internal injuries in the form of a hernia
21. which is very painful.
22. My cell partner rolled me over and told Sgt. Norvell what occurred.
23. Medical responded to an emergency call yet even though I told
24. the nurse I was incapacitated she did not have me admitted to medical
25. even while exhibiting all signs of severe concussion with possible
26. fractures and internal injuries.
27. I was simply left in the cell without medical care in extreme
28. pain where I could barely move. I was placed on the list
29. to see Dr. Ball. Upon an examination I was sent back to the
30. unit and later that evening I was admitted to medical. This
31. occurred on 2-17-22. I was in medical until 2-22-22.
32. In accordance with standards of conduct under
33. O.P. 135.1 V Group Offense 2(A) "Failure to follow supervisors
34. instructions or clearly established written procedures", these
35. officials, acting under the color of state law failed to follow
36. known instructions that are documented to keep me safe.
37. Their failure became deliberate indifference because
38. they were made aware of an existing medical condition that
39. records clearly reflected the need for a bottom bunk pass.
40. I was deliberately taken from the safety of my

(See A-2)

41. Assigned bottom bunk and placed in an at risk of
42. serious injury status. These officials refused to protect and
43. safeguard my safety for 16 days. This constitutes a
44. severe violation of 135.1 V Group offense 3:
45. (0) Gross negligence resulting in harm to a ward of the state
46. (Q) Physical or other abuse including but not limited to
47. 　 Mental abuse of a offender    and;
48. (3) Any violation of O.P. 135.2 officer\offender relations...

49. Deliberate indifference has been displayed by these named
50. officials that through Gross (informed) negligence resulted
51. in harm to a ward of the state.
52. Such actions are on record and display a disregard
53. for my life and safety.
54. Under 135.1 Administrative Sanctions require by law
55. that each official be held accountable and must have
56. their certificate of employment terminated.
57. Their actions violate my rights under the 8th Amendment U.S.Con.
58. This grievance is pursuant to civil action
59. seeking compensation under 42 U.S.C. 1983.
60. 　　　　ENDS.

61. 　　　　*Michael Bartley*
　　　　Michael Bartley #1475133

# VIRGINIA DEPARTMENT OF CORRECTIONS

**Written Complaint** 866_5_6-21

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly.
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

**Offender Name:** Michael Bartley
**Offender Number:** 1479133
**Housing Assignment:** A434T

**Individuals Involved in Incident:** LT Horn, Sgt Perkens and Building Manager Collins

**Date/Time of Incident:** 2/5/22 - 2/17/22 9:30 PM count

Received FEB 24 2022 KMCC GRIEVANCE COORDINATOR

**TO:** Chief of Security
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):** On Saturday morning, Feb 5th "2/5/22" Sgt Bell moved me from a Medical bottom bunk "A207 Bottom" to the Top floor, Top tier, Top bunk "A434 T" knowing that I am an Epileptic. Also, they move "Kevin Irwin #1078559" the same day into the same cell, whom is Also Epileptic. Starting Monday "2/7/22" morning, I tried to get moved but, didn't see anyone until the next day Tuesday the 8th "2/8/22" which I informed LT Horn, and in the following week and a half I talk to LT Horn again and Sgt Perkens and Abuilding Manager Collins several times about moving me. Also I talked to 2 nurses, Ms Smith and Ms Levine who said, they would inform security. Whom in turn told me "They know I'm Epileptic and will see what they can do." And nothing has happened!! However, resulting from the negligence of these staff members, I blacked out and fell coming off the top bunk last night at the 9:30 count "2/16/22" and Hit my head on the locker. I woke up to my roommate "K. Irwin #855" rolling me over and asking if I was alright. He subsequently informed Sgt Newell whom was counting and in turn informed Medical who sent Ms Trent and she set me a Doctors Appointment for the following morning, Which I told Ms Bell about the large lump and bruise on my head and face. Moreover, I might have a concussion. Also, I bruised/strained my hip and hit up possible Hernia because of the fall. Also, I hurt my Neck, Waist and ankle too. And Ms Bell told me she would Inform security that I can't be on the top bunk. However, when I talk to Mr Collins he told me "No one's moving children" Now I am knowingly being Put in Danger Even though I have already fell and gotten hurt.

**Date:** 2/17/22

**Offender Signature:** Michael Bartley

---

Offenders - Do Not Write Below This Line

**Date Received:** 2/24/22    **Response Due:** 3/11/22    **Log N:** KMCC- 22 -INF- 00494

**Assigned to:** Lt. Horne

**Action Taken/Response:** On 2/19/22 at 9:16pm Inmate moved to medical then on 2/22/22 at 3:44pm Inmate moved to A-440-B.

**Respondent Signature:** Lt A/S

**Printed Name and Title:** Lt. Horne

**Date:** 3/11/22

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

**Offender Signature:** _____  **Date:** _____

**Staff Witness:** _____  **Date:** _____


Virginia Department of Corrections

**Grievance Receipt**


DOC Location: KMCC Keen Mountain Correctional Center
Report generated by Breeding, K
Report run on 03/18/2022 at 04:10 PM

Grievance Number: <u>KMCC-22-REG-00029</u>

Next Action Date: <u>04/17/2022 12:00 AM</u>

| On this date: | 03/18/2022 | I have received a statement from: |
|---|---|---|
| Bartley, Michael S | 14791 | Keen Mountain Correctional Center<br>A-4-4 '0-B |
| *(Offender Name and DOC#)* | | *(Filed Location and Housing)* |

Setting out the following complaint:

Grievance regarding being moved to top bunk when bottom bunk status

| K Breeding | GRIEVANCE COORDINATOR |
|---|---|
| *(Signature)* | *(Title)* |

Exhibit 4

To: Western Region Grievance Coordinator
3313 Plantation Road N.E
Roanoke, VA. 24012

From: Michael Bartley #1479113
KMCC
P.O. Box 860
Oakwood, VA. 24631

Change of Address:
Michael Bartley #1479133
Dillwyn Correctional Center
P.O. Box 670
Dillwyn, VA. 23936

4·20·2022 @ 12:01

Re: Grievance # KMCC-22-REG-00029

Dear Grievance Coordinator,

Enclosed is a copy of my grievance reciept # KMCC-22-REG-00029.
Grievance policy states I must be granted a response on the due action date. This date is:
04·17·2022 @ 12:00 A.M.

To date This facility is out of compliance so I submit my appeal in form of this letter to satisfy the PLRA Act pursuant to 42 U.S.C. 1983 civil action.

Please provide appeal response accordingly.  Thank you.

Michael Bartley #1479133

C.C. files

**VIRGINIA
DEPARTMENT OF CORRECTIONS**

Written Complaint 866_F3_6-21

## Written Complaint

**Instructions for filing:**
- You should first use the verbal complaint process and discuss your issue with staff before submitting this *Written Complaint*.
- You must explain your issue in the space provided below, preferably in ink.
- You must fill your *Written Complaint* form out completely and correctly
- Your *Written Complaint* must be received within 15 days of the original incident or discovery of the incident.
- You are limited to only one issue per *Written Complaint*.
- You may file a *Regular Grievance* if you do not receive a response within 15 days.
- You are not required to submit a *Written Complaint* for alleged incidents of sexual abuse and sexual harassment or when the informal complaint process is satisfied by other documentation.

Offender Name: Michael Bartley
Offender Number: 1479133
Housing Assignment: 2A 31 B

Individuals Involved in Incident: 
Date/Time of Incident: 10/4/22

**TO:** _____
(You must address your issue to institutional staff or an institutional department)

**In the space provided explain your issue (be specific):**

According to 866.1, I am given the opportunity to appeal the decision of the regular Grievance. I have not recieved any information pertaining to its satatus. My Grievance # is KMCC-22-ReG-00029, of which I timely submitted on 3-18-22

Offender Signature: Michael Bartley
Date: 10-4-22

**Offenders - Do Not Write Below This Line**

Date Received: _____  Response Due: _____  Log Number: _____
Assigned to: _____
Action Taken/Response:

Respondent Signature: _____  Printed Name and Title: _____  Date: _____

**Withdrawal of Complaint:**
I wish to voluntarily withdraw this complaint. I understand that by withdrawing this written complaint, there will be no further action on this issue nor will I receive a response to this complaint. I understand that I may resubmit this same issue once and only once on a new *Written Complaint* as long as the original 15-day time limit has not expired.

Offender Signature: _____  Date: _____
Staff Witness: _____  Date: _____

VIRGINIA DEPARTMENT OF CORRECTIONS  Revision Date: 6.21.21

10/6/2022

# Memorandum

To: Inmate M. Bartley #1479133  2A-31B

From: Ms. Kinley, Institutional Ombudsman

Subject: Submitted Written Complaint(s)

      Be advised that I received your Written Complaint directed to Keen Mountain Correctional Center on 10/5/2022. It was then placed in the mailroom on the close of business on 10/6/2022. A copy is attached.

      Thank you.

**L. Kinley**
**DWCC Grievance Coordinator**

LK

CC: Institutional Grievance File



Virginia Department of Corrections

**Grievance Receipt**

DOC Location: KMCC Keen Mountain Correctional Center
Report generated by Viars, H
Report run on 10/13/2022 at 02:35 PM

Grievance Number: <u>KMCC-22-INF-01973</u>

Next Action Date: <u>10/28/2022 12:00 AM</u>

| On this date: | 10/13/2022 | | I have received a statement from: |
|---|---|---|---|
| Bartley, Michael S | | 1479133 | Keen Mountain Correctional Center |
| | | of | 2-A-31-B |
| *(Offender Name and DOC#)* | | | *(Filed Location and Housing)* |
| Setting out the following complaint: | | | |
| Inmate states According to 866.1, I am given the opportunity to appeal the decision of the regular grievance. I have not received any information pertaining to it's status, my grievance #KMCC 22 REG 0029, of which I timely submitted on 3/18/22 | | | |
| H. Viars (Signature) | | | ....VANCE COORDINATOR (Title) |

RECEIVED
OCT 1 5 2022
DWCC Grievance Office

On 2/5/22 M. Bartly and myself "Kevin Irvin" were moved into cell A434 together, Knowing we are both medical Bottom Bunks, I am a epileptic. We tried to get M. Bartly moved over the next week and a half, and was told they would look into it. On 2/16/22 at the 9:30 PM count, I stood up to get out the way And I seen M. Bartly come tumbling down off the bunk and hit his head on the floor.

Kevin Irvin
#1122859

COUNTY OF Buchanan
STATE OF VIRGINIA
SUBSCRIBED AND SWORN TO BEFORE ME
THIS 10th DAY OF March, 2022
NOTARY PUBLIC
MY COMMISSION EXPIRES 9/30/2022

EDWARD L. GARRETT
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7861268
My Commission Expires Sept. 30, 2024

Exhibit 9

# Dillwyn Correctional Center
1522 Prison Road
Dillwyn, VA 23936
Phone: (434) 983-4200
X-rays taken by: X-ray Medical Services (804) 288-8530

| | | | |
|---|---|---|---|
| Facility: | DILLWYN CORRECTIONAL CENTER | Accession: | RSS3028459 |
| Patient: | BARTLEY, MICHAEL | Sex: | M |
| Patient ID: | D1479133 | DOB: | 02/18/1976 |
| Ref Phys: | DR. AKINYELE | Exam Date: | 07/27/2022 |
| Exam: | SKULL AP & LAT | Exam Time: | |
| Patient Location: | | Admit Date: | 07/27/2022 |
| Reading Phys: | KEITH THOMPSON, MD | CPT Code: | |
| Reason for Visit: | PAIN | | |

Skull, AP and lateral views

IMPRESSION: No evidence of calvarial fracture or focal destructive bone lesion. Postsurgical changes of mandible, right maxilla, and bilateral orbits.

If symptoms persist, consider unenhanced head CT.

Electronically Signed by Keith Thompson at 07/28/2022

Exhibit 10

# Dillwyn Correctional Center
1522 Prison Road
Dillwyn, VA 23936
Phone: (434) 983-4200
X-rays taken by: X-ray Medical Services (804) 288-8530

| | | | |
|---|---|---|---|
| Facility: | DILLWYN CORRECTIONAL CENTER | Accession: | RSS3028460 |
| Patient: | BARTLEY, MICHAEL | Sex: | M |
| Patient ID: | D1479133 | DOB: | 02/18/1976 |
| Ref Phys: | DR. AKINYELE | Exam Date: | 07/27/2022 |
| Exam: | FACIAL BONES | Exam Time: | |
| Patient Location: | | Admit Date: | 07/27/2022 |
| Reading Phys: | KEITH THOMPSON, MD | CPT Code: | |
| Reason for Visit: | PAIN | | |

Facial bones, 3 views

IMPRESSION: Changes of ORIF are seen involving bilateral mandible, left lateral and inferior orbital walls, and right inferior orbital wall as well as medial and lateral wall of the right maxilla. No definite acute fracture or fluid level of paranasal sinuses. Lateral radiograph excludes the lower mandible.

Electronically Signed by Keith Thompson at 07/28/2022